**\*\*E-filed 03/30/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARITY MARIE STRAUSS, | No. C 10-00403 RS |
| Plaintiff, | **ORDER RE DISMISSAL** |
| v. | |
| NATIONSTAR MORTGAGE, LLC, | |
| Defendant. | |

Plaintiff Charity Marie Strauss, appearing *pro se*, has filed a "Request for Dismissal." Pursuant to Rule 41(a)(1)(A)(i) plaintiff is entitled to voluntarily dismiss this action without prejudice simply by giving notice of her intent to do so. Plaintiff's request will be construed as such a notice. This action is therefore dismissed, and the Clerk shall close the file.

Dated: 03/30/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT NOTICE OF THIS DOCUMENT WAS ELECTRONICALLY PROVIDED\* TO:**

James Michael Hester                                    jhester@mccarthyholthus.com

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

Charity Marie Strauss
1743 Ventura Drive
Pittsburg, CA 94565

DATED:  03/30/2010

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.